UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES PHILIP DOUGLAS,

                   Plaintiff,

    v.

PIERCE COUNTY, et al,

                   Defendants.

Case No. C09-5214BHS-KLS

ORDER REGARDING PLAINTIFF'S MOTION FOR ORDER 0F 90 DAY STAY

This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C.§636(b)(1), Local Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court upon plaintiff's filing of a motion for a 90-day stay of these proceedings. (Dkt. #6). After reviewing plaintiff's motion and the balance of the record, the Court finds and ORDERS as follows:

Plaintiff filed a civil rights complaint with this Court on April 14, 2009 (Dkt. #1-#4). On April 20, 2009, the Court issued an order to show cause, informing plaintiff that his complaint contained a number of deficiencies, and directing him to file an amended complaint curing, if possible, those deficiencies, by no later than May 30, 2009. (Dkt. #5). Plaintiff filed his motion for a 90-day stay on May 26, 2009, stating he was doing so because he was scheduled to begin a two-week trial in Pierce County Superior Court beginning on June 3, 2009.

Given that, based on what the Court has been told, plaintiff's state court trial likely will end sometime next week, a stay of the entire proceedings in this case is unwarranted. Plaintiff's

ORDER - 1

motion for a 90-day stay (Dkt. #6), therefore, hereby is DENIED. The Court, though, shall grant plaintiff a 45-day extension of time in which to respond to the above-noted order to show cause as directed therein, which should provide an adequate amount of time after the conclusion of his trial in which to do so. Accordingly, plaintiff's response to the Court's order to show cause shall be due by **no later than July 30, 2009**.

The clerk is directed to send a copy of this Order to plaintiff.

DATED this 15th day of June, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2