# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JAMES PHILIP DOUGLAS,

    Plaintiff,

    v.

PIERCE COUNTY, et al.,

    Defendants.

Case No. C09-5214BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 14). The Court having considered the Report and Recommendation and the remaining record, and no objections by Plaintiff having been filed, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED** because Defendant's complaint is frivolous pursuant to 28 U.S.C. § 1915(e).

DATED this 10th day of November, 2009.

                                            BENJAMIN H. SETTLE
                                            United States District Judge

ORDER