AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES PHILIP DOUGLAS

v.

PIERCE COUNTY, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5214BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED** because Plaintiff's complaint is frivolous pursuant to 28 U.S.C. § 1915(e).

| November 17, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk